Decided June 18, 2002

## ALPHONSE KRONBERG *v.* NEW HAMPSHIRE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 69 Conn. App. 330 (AC 20510), is denied.

*David T. Grudberg* and *Howard A. Jacobs*, in support of the petition.

*Carla Ottaviano*, in opposition.

Decided June 18, 2002

## STATE OF CONNECTICUT *v.* J.R.

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 767 (AC 21053), is denied.